United States District Court
Southern District of Texas
ENTERED
September 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANABELIS MARIA ALVAREZ MORA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-7323 |
| | § | |
| WARDEN, et al., | § | |
| | § | |
| Respondents. | § | |

**MEMORANDUM OPINION AND ORDER**

In 2023, Anabelis Maria Alvarez Mora ("Petitioner"), a citizen of Venezuela, entered the United States pursuant to her application for admission at Miami, Florida, as a nonimmigrant on Venezuelan Humanitarian Parole not to exceed March 22, 2025.[1] On July 28, 2026, Petitioner was taken into immigration custody.[2] On July 29, 2026, Petitioner was issued a Notice to Appear, which classified Petitioner as an admitted alien and charged her with removability pursuant to § 237(a)(1)(B) of the Immigration and Nationality Act, as a nonimmigrant that after admission under § 101(a)(15) of the Immigration and Nationality Act remained in the United States for a time longer

---

[1]Verified Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief for an Order to Show Cause ("Habeas Petition"), Docket Entry No. 1, p. 1; The Federal Respondents' Motion for Stay and, in the Alternative, Motion for Summary Judgment ("Respondents' MSJ"), Docket Entry No. 5, p. 2. For purposes of identification, all page numbers refer to the pagination imprinted at the top of the page by the court's Electronic Case Filing system.

[2]Respondents' MSJ, Docket Entry No. 5, p. 2.

than permitted in violation of law.[3] Petitioner has not received a bond hearing and remains in immigration detention.[4]

Pending before the court is Petitioner's Habeas Petition (Docket Entry No. 1). Petitioner argues that her detention without a bond hearing violates due process.[5] Petitioner also argues that her warrantless arrest violates the Fourth Amendment.[6] Also pending before the court is Respondents' Motion for Summary Judgment (Docket Entry No. 5). Respondents argue that Petitioner is legally detained under § 1225(b)(2) as an applicant for admission.[7] Petitioner has filed a response.[8]

It is clear that Petitioner is not subject to mandatory detention under § 1225(b)(2). Petitioner was admitted to the United States in 2023 pursuant to her application for admission at Miami, Florida, as a nonimmigrant on Venezuelan Humanitarian Parole.[9] She has since become removable because she remained in the United States for a time longer than permitted.[10] The Fifth Circuit has made clear that "only § 1226(a) applies to admitted aliens who overstay their visas, become deportable on many different grounds, or were admitted erroneously due to fraud or some other

---

[3]Id.; Notice to Appear, Exhibit 1 to Respondents' MSJ, Docket Entry No. 5-1, p. 1.

[4]Respondents' MSJ, Docket Entry No. 5, p. 3.

[5]Habeas Petition, Docket Entry No. 1, pp. 10–12 ¶¶ 26–38.

[6]Id. at 9–10 ¶¶ 20–25.

[7]Respondents' MSJ, Docket Entry No. 5, pp. 2–4.

[8]Petitioner's Response in Opposition to Respondents' Motion for Stay and, in the Alternative, Motion for Summary Judgment, Docket Entry No. 6.

[9]Respondents' MSJ, Docket Entry No. 5, p. 2.

[10]Id. at 2–3.

error." Buenrostro-Mendez v. Bondi, 166 F.4th 494, 505 (5th Cir. 2026). "Federal regulations provide that aliens detained under § 1226(a) receive bond hearings at the outset of detention." Jennings v. Rodriguez, 138 S. Ct. 830, 847 (2018) (citing 8 C.F.R. §§ 236.1(d)(1), 1236.1(d)(1)).

Because Petitioner is an admitted alien that later became deportable, Petitioner's Verified Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief for an Order to Show Cause (Docket Entry No. 1) is **GRANTED in part**, and Respondents' Motion for Summary Judgment (Docket Entry No. 5) is **DENIED**. Respondents are **ORDERED** to either release Petitioner or provide her with a bond hearing by October 12, 2026. Respondents are furthered **ORDERED** to submit a status report to the court by October 19, 2026.

**SIGNED** at Houston, Texas, on this 28th day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE